Submitted on record and briefs August 4, reversed and remanded
December 27, 2000

Karl L. THOMPSON,
*Appellant,*

*v.*

Catherine KNOX
and Lanny Ryals,
*Respondents.*

(M9906051; CA A106610)

15 P3d 626

Karl L. Thompson filed the briefs *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondents.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Reversed and remanded. *Curtis v. Lampert*, 171 Or App 336, 15 P3d 626 (2000).